**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| **NABOR DE SANTAMARIA DE JESUS,** §<br>§<br>**Plaintiff,** §<br>§<br>**v.** §<br>§<br>**COOKE COUNTY SHERIFF/WARDEN** §<br>**COOKE COUNTY JAIL, ACTING** §<br>**DALLAS FIELD OFFICE DIRECTOR,** §<br>**US IMMIGRATION AND CUSTOMS** §<br>**ENFORCEMENT, ENFORCEMENT** §<br>**AND REMOVAL OPERATIONS;  US** §<br>**DEPARTMENT OF HOMELAND** §<br>**SECURITY, KRISTI NOEM,** §<br>**SECRETARY; AND  US ATTORNEY** §<br>**GENERAL, PAMELA BONDI;** §<br>§<br>**Defendants.** §<br>§ | **CIVIL ACTION NO.  4:25-CV-1200-MJT** |

## SHOW CAUSE ORDER

This cause has been referred to this United States magistrate judge pursuant to 28 U.S.C. § 636.  The undersigned has reviewed the Petition and is of the opinion that Petitioner states one or more factual allegations which, if true, may state a cause of action under 28 U.S.C. § 2241.  It is therefore

ORDERED that the Clerk of Court shall issue process electronically and the Respondents shall respond to the Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2243 by November 7, 2025, and show cause why relief prayed for should not be granted..

**SIGNED this the 4th day of November, 2025.**


_____
Christine L Stetson
UNITED STATES MAGISTRATE JUDGE