# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| NABOR DE SANTAMARIA DE JESUS, § § **Plaintiff,** § § v. § § COOKE COUNTY SHERIFF/WARDEN § COOKE COUNTY JAIL, ACTING § DALLAS FIELD OFFICE DIRECTOR, § US IMMIGRATION AND CUSTOMS § ENFORCEMENT, ENFORCEMENT § AND REMOVAL OPERATIONS;  US § DEPARTMENT OF HOMELAND § SECURITY, KRISTI NOEM, § SECRETARY; AND  US ATTORNEY § GENERAL, PAMELA BONDI; § § **Defendants.** § | CIVIL ACTION NO.  4:25-CV-1200-MJT |

## ORDER ADOPTING REPORT AND RECOMMENDATION

This case was referred to United States Magistrate Judge Christine L. Stetson pursuant to 28 U.S.C. § 636 and the Local Rules for the Assignment of Duties to the United States Magistrate Judge for findings of fact, conclusions of law, and recommendations for the disposition of the case. In accordance with that referral, on November 26, 2025, Magistrate Judge Stetson signed a Report and Recommendation [dkt. 6] on the Petitioner's Petition for Writ of Habeas Corpus recommending that the Petition be denied for lack of jurisdiction.  The Court received and considered the Report of the United States Magistrate Judge, along with the record and pleadings. No objections to the Report of the United States Magistrate Judge were filed by the parties.

The Court finds that the findings of fact and conclusions of law of the United States Magistrate Judge are correct, and the Report of the United States Magistrate Judge [Dkt. 6] is

ADOPTED. The Petition for Writ of Habeas Corpus is dismissed. A Final Judgment will be entered separately.

**SIGNED this 17th day of December, 2025.**

_____
Michael J. Truncale
United States District Judge